**GERAGOS & GERAGOS**
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

| | |
|---|---|
| MARK J. GERAGOS | SBN 108325 |
| BEN J. MEISELAS | SBN 277412 |
| MATTHEW M. HOESLY | SBN 289593 |

Attorneys for Defendant GERAGOS & GERAGOS, APC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>GERAGOS & GERAGOS, A PROFESSIONAL CORPORATION,<br><br>Defendants. | Case No.: 2:20-cv-03619-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**DECLARATION OF BEN MEISELAS IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS OR IN THE ALTERNATIVE STAY CIVIL PROCEEDINGS**<br><br>**Hearing:**<br>Date:      August 3, 2020<br>Time:     1:30 p.m.<br>Place:    Courtroom 6A,<br>              350 West 1st Street,<br>              Los Angeles, CA 90012<br><br>Complaint Filed:   April 20, 2020 |

## DECLARATION OF BEN MEISELAS

I, Ben Meiselas, hereby declare as follows:

1. I am an Attorney at Geragos and Geragos, APC., and Counsel for Defendant herein. I have personal knowledge of the facts in this Declaration and, if called upon as a witness, I could and would testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the complaint in *837 Foothill Blvd. LLC v. Travelers Indemnity Company of Connecticut*, Los Angeles Superior Court Case No. 20STCV13929.

3. Attached hereto as **Exhibit B** is a true and correct copy of the complaint in *2420 Honolulu Ave. LLC v. Travelers Indemnity Company of Connecticut,* Los Angeles Superior Court Case No. 20STCV14000.

4. Attached hereto as **Exhibit C** is a true and correct copy of the complaint in *Mark J. Geragos v. Travelers Indemnity Company of Connecticut,* Los Angeles Superior Court Case No. 20STCV14073.

5. Attached hereto as **Exhibit D** is a true and correct copy of the complaint in *Geragos & Geragos, APC v. Travelers Indemnity Company of Connecticut,* Los Angeles Superior Court Case No. 20STCV14022.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Executed this second day of the month of June 2020, at Los Angeles, California.

BEN MEISELAS