**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS JR., SBN 132099
   tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
DEBORAH L. STEIN, SBN 224570
   dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000
Fac.: 213.229.7520

**ROBINSON & COLE LLP**
STEPHEN E. GOLDMAN (admitted *pro hac vice*)
   sgoldman@rc.com
WYSTAN M. ACKERMAN (admitted *pro hac vice*)
   wackerman@rc.com
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fac.: 860.275.8299

Attorneys for Plaintiff Travelers Casualty
Insurance Company of America

FILED
CLERK, U.S. DISTRICT COURT

JUN - 9 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Link #54
case already closed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERAGOS & GERAGOS, A PROFESSIONAL CORPORATION,<br><br>Defendant. | **CASE NO. 2:20-cv-03619-PSG-E**<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge:   Philip S. Gutierrez |
| GERAGOS & GERAGOS, A PROFESSIONAL CORPORATION,<br><br>Counter-Claimant,<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA; ERIC GARCETTI,<br><br>Counter-Defendants. | |

Pursuant to the Court's April 27, 2021 order granting Plaintiff and Counter-Defendant Travelers Casualty Insurance Company of America's motion for judgment on the pleadings, and the Court's October 19, 2020 order granting with prejudice Travelers Casualty Insurance Company's motion to dismiss Geragos & Geragos, APC's counterclaim pursuant to Federal Rule of Civil Procedure 12(b)(6),

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Plaintiff and Counter-Defendant Travelers Casualty Insurance Company of America shall have **JUDGMENT** in its favor on the Complaint and the Counterclaim.

2. Defendant and Counter-Claimant Geragos & Geragos, APC shall take nothing

**IT IS SO ORDERED.**

Dated: ___6/9___, 2021

By: _____
Chief United States District Judge