Name MARK J. GERAGOS
Address 644 South Figueroa Street
City, State, Zip Los Angeles, CA 90017-3411
Phone (213) 625-3900
Fax (213) 232-3255
E-Mail geragos@geragos.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY INSURANCE OF AMERICA

PLAINTIFF(S),

v.

GERAGOS & GERAGOS, A PROFESSIONAL CORPORATION

DEFENDANT(S).

CASE NUMBER:

2:20-CV-03619-PSG-E

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____GERAGOS & GERAGOS, APC_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Plaintiff's Judgment on the Pleadings

☐ Other (specify):

Imposed or Filed on ____June 9, 2021____. Entered on the docket in this action on ____June 9, 2021____.

A copy of said judgment or order is attached hereto.

____June 15, 2021____
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL

**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS JR., SBN 132099
   tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
DEBORAH L. STEIN, SBN 224570
   dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000
Fac.: 213.229.7520

**ROBINSON & COLE LLP**
STEPHEN E. GOLDMAN (admitted *pro hac vice*)
   sgoldman@rc.com
WYSTAN M. ACKERMAN (admitted *pro hac vice*)
   wackerman@rc.com
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fac.: 860.275.8299

Attorneys for Plaintiff Travelers Casualty
Insurance Company of America

FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2021
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

link #54
case already closed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERAGOS & GERAGOS, A PROFESSIONAL CORPORATION,<br><br>Defendant. | CASE NO. 2:20-cv-03619-PSG-E<br><br>[PROPOSED] JUDGMENT<br><br>Judge:   Philip S. Gutierrez |
| GERAGOS & GERAGOS, A PROFESSIONAL CORPORATION,<br><br>Counter-Claimant,<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA; ERIC GARCETTI,<br><br>Counter-Defendants. | |

Case 2:20-cv-03619-PSG-E   Document 56   Filed 06/15/21   Page 3 of 4   Page ID #:1041
Case 2:20-cv-03619-PSG-E   Document 55   Filed 06/09/21   Page 2 of 2   Page ID #:1038
Case 2:20-cv-03619-PSG-E   Document 54-1   Filed 06/08/21   Page 2 of 2   Page ID #:1036

1  Pursuant to the Court's April 27, 2021 order granting Plaintiff and Counter-
2  Defendant Travelers Casualty Insurance Company of America's motion for judgment
3  on the pleadings, and the Court's October 19, 2020 order granting with prejudice
4  Travelers Casualty Insurance Company's motion to dismiss Geragos & Geragos,
5  APC's counterclaim pursuant to Federal Rule of Civil Procedure 12(b)(6),

6  It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

7  1. Plaintiff and Counter-Defendant Travelers Casualty Insurance Company of
8  America shall have **JUDGMENT** in its favor on the Complaint and the Counterclaim.

9  2. Defendant and Counter-Claimant Geragos & Geragos, APC shall take
10 nothing

11 **IT IS SO ORDERED.**

14 Dated: _____6/9_____, 2021

15 By: _____

16 Chief United States District Judge

---

Gibson, Dunn & Crutcher LLP

[Proposed] Judgment                        1                        2:20-cv-03619-PSG-E

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street Los Angeles, California 90017-3411.

On June 15, 2021, I served the foregoing document described as **NOTICE OF APPEAL** on the interested parties listed below:

**Theodore J. Boutrous Jr., Esq.**
**Richard J. Doren, Esq.**
**Deborah L. Stein, Esq.**
GIBSON, DUNN, & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: (213) 229-7000
Fac.: (213) 229-7520
tboutrous@gibsondunn.com
rdoren@gibsondunn.com
dstein@gibsondunn.com

**Stephen E. Goldman, Esq.**
**Wysten M. Ackerman, Esq.**
ROBINSON & COLE LLP
280 Turnbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fac.: (860) 275-8299
sgoldman@rc.com
wackerman@rc.com

*Attorneys for Defendant The Travelers Indemnity Company of Connecticut and Cross-Complainants the Travelers Indemnity Company of Connecticut and Travelers Casualty Insurance Company*

**METHOD OF SERVICE**

☒     (**BY ELECTRONIC TRANSMISSION**) I caused the above-described document to be transmitted by electronic transmission.

Executed on June 15, 2021, at Los Angeles, California 90017.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
JAMES RIMONTE