FILED

FEB 16 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a corporation, <br><br> Plaintiff-counter-defendant-Appellee, <br><br> v. <br><br> GERAGOS & GERAGOS, APC, a Professional Corporation, <br><br> Defendant-counter-claimant-Appellant, <br><br> and <br><br> ERIC GARCETTI, an individual; DOES, 1 to 10 inclusive, <br><br> Counter-defendants. | No. 21-55626 <br><br> D.C. No. 2:20-cv-03619-PSG-E Central District of California, Los Angeles <br><br> ORDER |

The parties' stipulated motion (Docket Entry No. 19) for voluntary dismissal is granted. This appeal is dismissed with prejudice. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

Appellee's motion (Docket Entry No. 16) to dismiss for failure to prosecute is denied as moot.

SSR/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7